First Department, June, 1912.          [Vol. 151.

Annie J. O'Malley and Others v. Josephine O'Malley and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Robert L. McElroy v. Albert A. Goldstein.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

L. Heyworth Mills and Others v. Knickerbocker Hat Company.— Application denied, with ten dollars costs. Order signed.

Abraham Smith v. Travelers Insurance Company.— Application denied, with ten dollars costs. Order signed.

Villi Tobl v. Vaclav Nemecek and Others.— Application denied, with ten dollars costs. Order signed.

Villi Tobl v. Vaclav Nemecek and Others.— Motion denied, with ten dollars costs.

Marie D. McCauley v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed.

Daniel McGowan v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed.

Herman S. Oppenheimer v. Treble Realty Company and Others.— Application granted upon plaintiff's complying with terms stated in order Order signed.

Princeton Construction Company v. Caswell Barrie. — Application denied, with ten dollars costs. Order signed.

Everett Seixas v. Hamilton Bassett.— Application denied, with ten dollars costs. Order signed.

Ephraim Benjamin and Others v. Daniel J. Brownstein and Others.— Application denied, with ten dollars costs. Order signed.

Charles F. Meyer v. Bermuda-Atlantic Steamship Company.— Application denied, with ten dollars costs. Order signed.

Leo B. Weisl v. Dora Weller.— Application denied, with ten dollars costs. Order signed.

Owners Syndicate Company v. Anthony F. Koelble.— Application denied, with ten dollars costs. Order signed.

John F. Donnell v. City and Suburban Homes Company.— Application denied, with ten dollars costs. Order signed.

Rocco L. Graziano and Others v. Sebato Nessina, Impleaded, etc.— Application denied, with ten dollars costs. Order signed.

Mutual Life Insurance Company v. Gertrude F. Cockerill and Others.— Motion denied, with ten dollars costs.

Cyrus S. Simon v. Harry H. Frazee and Others.— Motion denied, with ten dollars costs.

Victor Ochoa v. Ridgway Company and Others.— Motion denied, with ten dollars costs.

The People of the State of New York v. Giovani Gangi, Impleaded, etc. — Motion denied.

Charlotte E. Bartlett v. James C. Stewart, Impleaded, etc.— Motion denied, with ten dollars costs.

Arthur B. J. Sauerbrunn v. Board of Education.— Motion granted; question certified.